UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BLANKENBERGER BROTHERS HOLDINGS, LLC, and HOOSIER KING COAL COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NO. 1:06-cv-00362-LJM-DML |
| BRONCO COAL COMPANY, | ) ) | |
| Defendant. | ) ) | |

## ORDER ON DEFAULT JUDGMENT

Defendant Bronco Coal Company having failed to obtain counsel as required by this Court's January 12, 2011 Order [Dkt. No. 307], the Court concludes that default judgment against Defendant is appropriate.

THEREFORE, it is **ORDERED**, **ADJUDGED**, and **DECREED** that on Count I of the the Amended Complaint and its Promissory Note dated December 26, 2005 in the principal amount of $1,000,000.00, judgment is entered in favor of Plaintiff Blankenberger Brothers Holdings, LLC, and against Defendant Bronco Coal Company in the amount of $1,407,232.61, including interest at 8% per annum through January 31, 2011;

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that on Count II of the Amended Complaint and its Promissory Note dated December 26, 2005 in the principal amount of $187,500.00, judgment is entered in favor of Plaintiff Blankenberger Brothers Holdings, LLC, and against Defendant Bronco Coal Company in the amount of $263,855.97, including interest at 8% per annum through January 31, 2011;

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that on Count III of the Amended Complaint and its Promissory Note dated December 26, 2005 in the principal amount of $1,000,000.00, judgment is entered in favor of Plaintiff Hoosier King Coal Company and against Defendant Bronco Coal Company in the amount of $1,407,232.61, including interest at 8% per annum through January 31, 2011;

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that on Count IV of the Amended Complaint and the Promissory Note dated December 26, 2005 in the principal amount of $187,500.00, judgment is entered in favor of Plaintiff Hoosier King Coal Company and against Defendant Bronco Coal Company in the amount of $263,855.97, including interest at 8% per annum through January 31, 2011;

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that on Count V of the Amended Complaint and their Promissory Note dated December 26, 2005 in the principal amount of $3,000,000.00, judgment is entered in favor of Plaintiffs Blankenberger Brothers Holdings, LLC, and Hoosier King Coal Company and against Defendant Bronco Coal Company in the amount of $4,221,698.40, including interest at 8% per annum through January 31, 2011.

IT IS SO ORDERED this 8th day of February 2011.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution to:

Jeff M. Barron
BARNES & THORNBURG LLP
jeff.barron@btlaw.com

Sara R. Blevins
LEWIS & KAPPES
sblevins@lewis-kappes.com

Cory Stephen Brundage
cb@brundagelaw.com

Peter S. French
LEWIS & KAPPES
pfrench@lewis-kappes.com

Jeanne M. Hoffmann
BRYCEDOWNEY LLC
jhoffmann@brycedowney.com

Gary P. Price
LEWIS & KAPPES
gprice@lewis-kappes.com

Frank C. Rowland
BRYCEDOWNEY, LLC
frowland@brycedowney.com

Richard A. Saldinger
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
rsaldinger@shawgussis.com