UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BLANKENBERGER BROTHERS HOLDINGS, LLC, and HOOSIER KING COAL COMPANY, | ) ) ) ) | |
| Plaintiffs (Counter Defendants), | ) ) | |
| vs. | ) ) | |
| BRONCO COAL COMPANY, | ) ) | |
| Defendant (Counter Plaintiff), | ) ) | |
| vs. | ) | NO. 1:06-cv-00362-LJM-DML |
| PATRICK BLANKENBERGER, RICK J. BLANKENBERGER, DAVID M. BLANKENBERGER, DONALD BLANKENBERGER, JOHN BRANDT, MICHAEL BRANDT, BLACK RUSH MINING, LLC, BRYCEDOWNEY, LLC, GEOFFREY A. BRYCE, JEANNE HOFFMAN, RAYMOND STAUBNER, JR. d/b/a THE LAW OFFICE OF RAYMOND STAUBNER, JR., BROWN, SMITH & SETTLE, LLC, PINCOCK, ALLEN & HOLT, PROSPERITY MINE, LLC, FIVE STAR MINING, INC., LAFAYETTE COAL COMPANY, INC., HAZELTON WASH PLANT, LLC, and TIM KERR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

## **ENTRY OF JUDGMENT**

Through an Order dated February 7, 2011, the Court granted default judgment in favor of Plaintiffs Blankenberger Brothers Holdings, LLC and Hoosier King Coal Company and against Defendant Bronco Coal Company. Through an Order dated February 8, 2011,

the Court granted a monetary judgment of sanctions against attorneys Peter S. French, Sara Rochelle Bradbury, James E. Zoccola, and Lewis & Kappes, P.C., and in favor of Third-Party Defendants Patrick Blankenberger; Rick J. Blankenberger; David M. Blankenberger; Donald Blankenberger; John Brandt; Michael Brandt; Black Rush Mining, LLC; Five Star Mining, Inc.; Lafayette Coal Company, Inc.; and Tim Kerr.

Judgment is entered accordingly.

DATED this 8th day of February 2011.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
Deputy Clerk

Distribution attached.

Distribution to:

| | |
|---|---|
| Jeff M. Barron<br>BARNES & THORNBURG LLP<br>jeff.barron@btlaw.com | Gary P. Price<br>LEWIS & KAPPES<br>gprice@lewis-kappes.com |
| Sara R. Blevins<br>LEWIS & KAPPES<br>sblevins@lewis-kappes.com | Frank C. Rowland<br>BRYCEDOWNEY, LLC<br>frowland@brycedowney.com |
| Cory Stephen Brundage<br>cb@brundagelaw.com | Richard A. Saldinger<br>SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC<br>rsaldinger@shawgussis.com |
| Peter S. French<br>LEWIS & KAPPES<br>pfrench@lewis-kappes.com | |
| Jeanne M. Hoffmann<br>BRYCEDOWNEY LLC<br>jhoffmann@brycedowney.com | |