UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BLANKENBERGER BROTHERS HOLDINGS, LLC, HOOSIER KING COAL COMPANY, <br><br>    Plaintiffs, <br>  vs. <br><br> BRONCO COAL COMPANY, <br><br>    Defendant. | No. 1:06-cv-00362-LJM-DML |

## ORDER ON MOTION TO AMEND JUDGMENT PURSUANT TO F.R.C.P. 59(E)

This matter is before the Court on Interested Party Lewis & Kappes, P.C.'s Motion to Amend Judgment Pursuant to F.R.C.P. 59(E) [Dkt. No. 319]. Having reviewed the Motion, the Court **GRANTS** the Motion. The Court's February 8, 2011 Order [Dkt. No. 317] and corresponding Judgment [Dkt. No. 318] is hereby amended to enter judgment against Lewis & Kappes, P.C. only. Judgment against Attorneys Peter S. French, Sara Rochelle (Bradbury) Blevins, and James E. Zoccola, individually, is hereby set aside.

IT IS SO ORDERED this 18th day of February 2011.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution to:

Jeff M. Barron
BARNES & THORNBURG LLP
jeff.barron@btlaw.com

Sara R. Blevins
LEWIS & KAPPES
sblevins@lewis-kappes.com

Cory Stephen Brundage
cb@brundagelaw.com

Peter S. French
LEWIS & KAPPES
pfrench@lewis-kappes.com

Jeanne M. Hoffmann
BRYCEDOWNEY LLC
jhoffmann@brycedowney.com

Gary P. Price
LEWIS & KAPPES
gprice@lewis-kappes.com

Frank C. Rowland
BRYCEDOWNEY, LLC
frowland@brycedowney.com

Richard A. Saldinger
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
rsaldinger@shawgussis.com